IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONY A. WILSON**, | : | CIVIL ACTION NO. 1:08-CV-2219 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MARK S. DOWS**, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 19th day of December, 2008, upon consideration of *pro se* plaintiff's request (Doc. 6) that the court waive payment of the cost of effectuating service of the complaint, and it appearing that the court previously granted plaintiff's petition to proceed without full payment of fees and costs and instructed the United States Marshal to serve the complaint, (see Doc. 5), and the court concluding that a further request for waiver of the cost of service is therefore unnecessary, it is hereby ORDERED that:

1. Plaintiff's request (Doc. 6) is CONSTRUED as a motion for waiver of the cost of service and is DENIED as moot as so construed.

2. The Clerk of Court is instructed to forward to the United States Marshal the five copies of Form USM-285 attached to the request. The United States Marshal shall effectuate service of the complaint in accordance with the order of court (Doc. 5) dated December 15, 2008.

        S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge